**Shapiro Arato Bach** LLP

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880
www.shapiroarato.com

Cynthia S. Arato
carato@shapiroarato.com
Direct: 212-257-4882

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-1-25

November 20, 2025

**VIA ECF**

The Honorable Lewis A. Kaplan
The Honorable Robyn F. Tarnofsky
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *Michael Beard v. Univision Communications, Inc.*, No. 1:25-cv-05977-LAK-RFT

Dear Judge Kaplan and Judge Tarnofsky:

We represent Defendant Univision Communications Inc. and write on behalf of all parties. We are pleased to inform the Court that the parties have reached a settlement in principle of this action. The parties thus jointly request that the Court issue a 30-day order dismissing the action without prejudice with leave to reinstate it if the parties are unable to finalize their agreement.

In the alternative, the parties request an adjournment of the pre-settlement conference currently scheduled for November 25, 2025 to December 29, 2025.

Respectfully submitted,

/s/ Cynthia S. Arato
Cynthia S. Arato

Case dismissed without prejudice to reinstatement within 30 days if settlement agreement is not finalized by then.

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ  12/1/25